## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER. COLORADO

JAN 2 3 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Sheila Reneé Manning, Plaintiff

v.

Amanda Pauli                    .

Stacy LoSee                     .

Joel Beck                       .

Dr. Jacobs                      , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Shella Renee Manning 1341 S. Yampa ct Aurora, Co 80017

(Name and complete mailing address)

720-768-4359 no email address

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: Amanda Pauli 12605 E. 16th Ave.

(Name and complete mailing address) Aurora, Co. 80045

unknown

(Telephone number and e-mail address if known)

Defendant 2: Stayie Lesee 12606 E 16th Ave Aurora, Co, 80045

(Name and complete mailing address)

unknown

(Telephone number and e-mail address if known)

Defendant 3: Joel Back 12605 E. 16th Ave Aurora, Co 80045

(Name and complete mailing address)

unknown

(Telephone number and e-mail address if known)

Defendant 4: Dr. Jacobs 12605 E. 16th Ave Aurora, Co 80045

(Name and complete mailing address)

unknown

(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☑    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____University Hospital_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: *Medical Malpractice*

Supporting facts:

On August 16, 2019 Nurse Amanda Pauli forced and injection of medications on me Knowing in my chart it says I am allergic to Ativan 2mg and Holdol 5mg The injection included Benadry/ 50mg These medications Can Cause unwanted health issues for me.

CLAIM TWO: <u>refusing proper mental health Care</u>

Supporting facts: Stakie lewe and Joel Beck refuse me the right to receive proper inpatient mental health Care under the Non discrimianation Act because of Color of skin disability And religous beliefs.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting. use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Request for relief is to receive proper medical /mental health Care. and monatory compensation of $50,000.00

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11/6/2022
_____
(Date)

(Revised December 2017)

# AFTER VISIT SUMMARY

uchealth

**Renee R. Manning** MRN: 1091089

📅 8/16/2019  📍 UCHealth Emergency Care - Anschutz Medical Campus 720-848-9111

## Instructions

Please follow up with regular outpatient providers.

 Talk with your provider about your medications
**Refer to the Medication List for detailed information on how you take the medications.**

## Today's Visit

You were seen by Loren Keith French, MD, Jason A Hoppe, DO, Dickson Sui Cheung, MD, Richard Todd Clark, MD, Ari Ronel Goldschmidt, NP, and Meghann Ann DeVito-Hirsch, PAC

Reason for Visit
Suicidal

⚗️ Lab Tests Completed
  ED abuse urine drug panel
  Grey Tube Hold
  POCT Glucose (Bedside) performed 4 times
  POCT Glucose - ED Only
  Pregnancy Test Urine
  UA Dipstick w/ Reflex to Microscopic Exam If Indicated (No Culture Reflex)

🖼️ Imaging Tests
  ECG (Electrocardiogram) 12 Lead Inpt/ED

➕ Procedures
  CDU Admit to Observation
  ED Consult to PAS
  Update patient status

## Today's Visit (continued)

### ⚕ Medications Given

busPIRone (BUSPAR) Last given 8/16/2019 10:29 PM

busPIRone (BUSPAR) Last given 8/17/2019 9:24 AM

cetirizine (ZYRTEC) Last given 8/17/2019 8:05 AM

diphenhydrAMINE (BENADRYL) Last given 8/16/2019 6:26 PM

doxyCYCLINE (VIBRAMYCIN) (2 administrations) Last given 8/17/2019 8:06 AM

furosemide (LASIX) (2 administrations) Last given 8/17/2019 3:41 PM

haloperidol lactate (HALDOL) Last given 8/16/2019 6:25 PM

levETIRAcetam (KEPPRA) (2 administrations) Last given 8/17/2019 8:08 AM

linaCLOtide (LINZESS) Last given 8/17/2019 9:52 AM

lisinopril (PRINIVIL,ZESTRIL) Last given 8/17/2019 9:17 AM

LORazepam (ATIVAN) Last given 8/16/2019 6:25 PM

potassium chloride (K-DUR,KLOR-CON) (2 administrations) Last given 8/17/2019 3:41 PM

propranolol (INDERAL) Last given 8/17/2019 8:08 AM

QUEtiapine (SEROQUEL) (3 administrations) Last given 8/17/2019 4:28 PM

rivaroxaban (XARELTO) Last given 8/17/2019 7:14 AM

venlafaxine (EFFEXOR-XR) Last given 8/17/2019 7:14 AM

# What's Next

## Upcoming Appointments

| | | |
|---|---|---|
| SEP 9 2019 | RETURN PATIENT with Michael R Dayton, MD<br>**Monday September 9 11:30 AM** | **UCHealth Orthopedics Clinic - Anschutz Medical Campus**<br>Anschutz Outpatient Pavilion<br>1635 Aurora Ct. 4th Fl<br>Aurora CO 80045-2548<br>720-848-1900 |
| SEP 9 2019 | UCH IR IVC FILTER PLACE<br>**Monday September 9 2:00 PM** | **UCHealth Interventional Radiology - Anschutz Medical Campus**<br>12605 E. 16th Ave.<br>Aurora CO 80045-2548<br>720-848-7440 |
| SEP 30 2019 | RETURN PATIENT with Michael R Dayton, MD<br>**Monday September 30 11:30 AM** | **UCHealth Orthopedics Clinic - Anschutz Medical Campus**<br>Anschutz Outpatient Pavilion<br>1635 Aurora Ct. 4th Fl<br>Aurora CO 80045-2548<br>720-848-1900 |
| OCT 28 2019 | RETURN PATIENT with Michael R Dayton, MD<br>**Monday October 28 11:30 AM** | **UCHealth Orthopedics Clinic - Anschutz Medical Campus**<br>Anschutz Outpatient Pavilion<br>1635 Aurora Ct. 4th Fl<br>Aurora CO 80045-2548<br>720-848-1900 |

## Medications You Will Be Given

etonogestrel (NEXPLANON)

(last given 4/4/2017)

**Expected: continuous device**



# Manning, Sheila R

MRN: 1091089

**ED** 10/29/2022 (3 hours)          Last attending: **Browne, Vaughn Anderson, MD PhD • with Treatment team**
Status: **Discharged**
UCHealth University of
Colorado Hospital

## Encounter Notes

All notes

 H&P from Foulds, Georgia, PAC (EMERGENCY MEDICINE)

## Additional Orders and Documentation

SmartForms:  BH STANLEY-BROWN SAFETY PLAN

## Communications

## Media

From this encounter

Document on 10/30/2022 by External, Physician
Document on 10/30/2022 by External, Physician
Electronic signature on 10/29/2022 10:26 PM - E-signed
Electronic signature on 10/29/2022 10:25 PM - E-signed
Electronic signature on 10/29/2022 10:25 PM - E-signed

## Discharge Medications

Discharge Medications: Frozen at Time of Discharge or at Time of Last AVS Print

## ADT Events

ADT Events

## Discharge AVS: Frozen at Time of Each Print

| Date/Time | Report | Action | User |
|---|---|---|---|
| 10/29/2022 9:35 PM | | Printed | Zilmer, Veronica, RN |

## Hospital Problem List

None

## Care Timeline

Manning, Sheila R "Renee" (MRN 1091089) DOB: 12/27/1979                    Page 2 of 4

10/29 Admitted from ED (Observation) 1846
1846
10/29 Discharged 2228
2228

## Discharge

**Home or Self Care**

Admitting Physician: BROWNE, VAUGHN ANDERSON [1492]
Pathways: Psych
ED After Visit Summary (AVS) (Printed 10/29/2022)

## Medication Changes

As of 10/29/2022 10:28 PM

None

## Expected Medication List at Discharge

As of 10/29/2022 10:28 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg tab | 0 | 10/3/2022 | 11/16/2022 |

Take 1 tablet by mouth every 6 hours as needed for Pain. This med has acetaminophen (APAP). - Oral

**albuterol sulfate**

| | | | |
|---|---|---|---|
| albuterol HFA 90 mcg/actuation inhaler | 1 | 8/15/2022 | 11/1/2022 |

Inhale 1-2 puffs into the lungs every 4 hours as needed for Acute Asthma Attack. - Inhalation
Notes to Pharmacy: Pharmacy may substitute with a different package size.

| | | | |
|---|---|---|---|
| albuterol 0.083% (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution | 1 | 10/3/2022 | 11/23/2022 |

Inhale 3 mLs by nebulization every 4 hours as needed for Bronchospasm Prevention. - Nebulization

| | | | |
|---|---|---|---|
| apixaban (ELIQUIS) 5 mg tablet | 3 | 8/15/2022 | |

Take 1 tablet by mouth 2 times daily for Prevent Thromboembolism in Chronic Atrial Fibrillation. - Oral

| | | | |
|---|---|---|---|
| aspirin 81 mg chewable tablet | 3 | 8/16/2022 | |

Take 1 tablet by mouth every morning for heart health. - Oral

| | | | |
|---|---|---|---|
| atorvaSTATin (LIPITOR) 40 mg tablet | 1 | 8/28/2022 | 2/24/2023 |

Take 1 tablet by mouth daily for mixed hyperlipidemia. - Oral

| | | | |
|---|---|---|---|
| chlorhexidine (PERIDEX) 0.12 % solution | 3 | 8/15/2022 | |

for Mouth Infection Prevention. SWISH 15 ML IN MOUTH TWICE A DAY AFTER MEALS AS DIRECTED FOR 30 SEC, THEN SPIT
Notes to Pharmacy: Maximum Refills Reached

| | | | |
|---|---|---|---|
| clonazePAM (KLONOPIN) 1 mg tablet | 0 | 10/25/2022 | 12/1/2022 |

for panic disorder. Take 1 tablet by mouth 3 times daily and 1 tab before bed for panic disorder. Max dose daily = 4 mg/day.
Notes to Pharmacy: Patient weighs 420 lbs. She is weaning off of sertraline to see if that will help her lose weight.

Manning, Sheila R "Renee" (MRN 1091089) Printed by [134701] at 1/17/2023 12:23 PM

Manning, Sheila R "Renee" (MRN 1091089) DOB:12/27/1979                           Page 3 of 4

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **RESTASIS 0.05 % ophthalmic emulsion** | 1 | 10/3/2022 | |
| for Dry eyes, bilateral. INSTILL 1 DROP IN BOTH EYES TWICE DAILY for Dry eyes, bilateral. | | | |
| **diclofenac sodium 1% (VOLTAREN) 1 % gel** | 3 | 10/25/2022 | 4/23/2023 |
| Apply 4 g topically 4 times daily for Osteoarthritis. - Topical | | | |
| **EPINEPHrine (EPIPEN) 0.3 mg/0.3 mL injection** | 1 | 8/15/2022 | |
| Inject 0.3 mLs into the muscle as needed for Anaphylaxis. - Intramuscular | | | |
| **fluticasone propionate** | | | |
| **fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray** | 3 | 10/3/2022 | |
| Use 1 spray in each nostril daily for Allergic Rhinitis. - Each Nare | | | |
| **fluticasone propionate (FLOVENT HFA) 110 mcg/actuation inhaler** | 3 | 10/3/2022 | |
| Inhale 1 puff into the lungs 2 times daily for Maintenance Therapy for Asthma. - Inhalation | | | |
| **furosemide (LASIX) 20 mg tablet** | 1 | 9/16/2022 | 12/15/2022 |
| Take 2 tablets by mouth daily for edema, lymphedema. Take medication in the morning. - Oral | | | |
| **hydrOXYzine pamoate (VISTARIL) 50 mg capsule** | 1 | 9/13/2022 | 11/29/2022 |
| Take 1 capsule by mouth daily for Pruritus of Skin. - Oral | | | |
| **lactulose (ENULOSE) 10 gram/15 mL ORAL solution** | 1 | 10/3/2022 | |
| Take 15-30 mLs by mouth 2 times daily as needed for constipation. - Oral | | | |
| Notes to Pharmacy: Maximum Refills Reached | | | |
| **levETIRAcetam (KEPPRA) 500 mg tablet** | 3 | 8/15/2022 | 11/2/2022 |
| Take 1 tablet by mouth 2 times daily for Partial Epilepsy Treatment Adjunct. - Oral | | | |
| **linaCLOtide (LINZESS) 290 mcg capsule** | | | 12/1/2022 |
| Take 290 mcg by mouth. - Oral | | | |
| Patient-reported medication | | | |
| **lisinopriL (PRINIVIL,ZESTRIL) 10 mg tablet** | 3 | 8/15/2022 | 11/29/2022 |
| Take 1 tablet by mouth daily for hypertension. - Oral | | | |
| **naloxone (NARCAN) 4 mg/actuation nasal spray** | PRN | 8/26/2022 | |
| for Opioid Toxicity. Call 911. Administer a single spray into one nostril. If no response after 3 minutes repeat dose in other nostril. | | | |
| Notes to Pharmacy: Pharmacy may substitute if needed for insurance. | | | |
| **polyethylene glycol packet (MIRALAX) packet** | 3 | 5/3/2022 | 11/29/2022 |
| Take 17 g by mouth daily as needed for constipation. - Oral | | | |
| Notes to Pharmacy: 238gm pkg sz ok per MD King scw 2/1/2022 | | | |
| **potassium chloride (KLOR-CON) 20 mEq SR tablet** | 3 | 8/15/2022 | 11/29/2022 |
| Take 1 tablet by mouth 2 times daily for hypokalemia. Do not crush or chew - Oral | | | |
| **propranoloL (INDERAL) 20 mg tablet** | 3 | 8/15/2022 | |
| Take 1 tablet by mouth 2 times daily for Myocardial Reinfarction Prevention. May take medication in the morning and then at 4 pm. - Oral | | | |
| **quetiapine fumarate** | | | |
| **QUEtiapine (SEROQUEL) 400 mg tablet** | 1 | 8/15/2022 | 12/15/2022 |
| Take 1 tablet by mouth nightly at bedtime for Depression associated with Bipolar Disorder, and insomnia. - Oral | | | |
| **QUEtiapine (SEROQUEL) 100 mg tablet** | 0 | 10/25/2022 | 12/1/2022 |

Manning, Sheila R "Renee" (MRN 1091089) Printed by [134701] at 1/17/2023 12:23 PM

Manning, Sheila R "Renee" (MRN 1091089) DOB: 12/27/1979                                          Page 4 of 4

|  | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 tablet by mouth daily for Depression associated with Bipolar Disorder. Take 1 tab by mouth twice daily. - Oral | | | |
| Notes to Pharmacy: In the process of weaning off of seroquel by tapering down every 7 days. | | | |
| semaglutide (OZEMPIC) 2 mg/dose (8 mg/3 mL) SUBCUTANEOUS Pen Injector | 11 | 9/28/2022 | 12/21/2022 |
| Inject 2 mg just under the skin every seven days | | | |
| sodium chloride (SALINE NASAL NA) | | | |
| 1 spray by Nasal route daily as needed (Ocean saline nasal spray) for congestion. - Nasal | | | |
| Patient-reported medication | | | |
| sumatriptan (IMITREX) 100 mg tablet | 2 | 10/3/2022 | 1/1/2023 |
| Take 1 tablet by mouth as needed for Migraine. - Oral | | | |
| traZODone (DESYREL) 100 mg tablet | 1 | 10/25/2022 | 11/12/2022 |
| Take 2 tablets by mouth nightly at bedtime for insomnia associated with depression. - Oral | | | |
| venlafaxine (EFFEXOR-XR) 75 mg 24 hr capsule | 1 | 8/15/2022 | |
| Take 3 capsules by mouth every morning for major depressive disorder. - Oral | | | |

Manning, Sheila R "Renee" (MRN 1091089) Printed by [134701] at 1/17/2023 12:23 PM

## Allergies

| | |
|---|---|
| **Allergen Ext-venom-honey Bee** | Anaphylaxis |
| **Carbamazepine** | Rash, Palpitations |
| Pt reports 09/12/2019 | |
| **Adhesive Tape-silicones** | Itching, Rash |
| **Diazepam** | Other Reaction |
| Takes clonzepam at home | |
| **Diazepam** | |
| Agitation | |
| **Haldol [haloperidol Lactate]** | Palpitations |
| **Lorazepam** | |
| Agitation | |
| **Raspberry (rubus Idaeus)** | GI REACTION |
| Patient-reported on 2/4/2021 | |
| **Risperidone** | |
| Other reaction(s): Heart Palpitations | |
| **Trazodone Hcl** | ANGINA, ARRHYTHMIA, CHEST TIGHTNESS, DEPRESSION, FEELING OF WARMTH, FLUSHING, IRRITABILITY, Other Reaction, Palpitations, URINARY INCONTINENCE |
| Other reaction(s): Heart Palpitations | |
| **Zyprexa [olanzapine]** | Palpitations |
| **Lorazepam** | Anxiety, Other Reaction, DELIRIUM |
| **Tree Nuts** | Diarrhea |

## Health Tips

1. We recommend writing down your medical questions and your treatment goals for your next visit.

2. Unless you and your doctor have agreed on a different goal, we suggest an hour of physical activity every day for healthy adults. This is recommended by the American Heart Association.

## 📩 Future Appointments (next 10)

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 1/17/2023 1:00 PM | Christine Patel, NP | CU Medicine Internal Medicine - Cherry Creek | 303-333-5456 |
| 1/30/2023 3:10 PM | Ladean Ashley Marshall, NP | UCHealth OB/GYN Clinic - Anschutz Medical Campus | 720-848-1060 |
| 2/2/2023 11:30 AM | James Edward Carter Jr., MD | UCHealth Heart and Vascular Center - Anschutz Medical Campus | 720-848-5300 |
| 2/14/2023 1:30 PM | Alan Lawrence Schocket, MD | UCHealth Allergy and Immunology Clinic - Anschutz Medical Campus | 720-848-7600 |

# uchealth

# Manning, Sheila R

MRN: 1091089

 **Becker, Joel, MA,LPC**    ED Notes    Date of Service: **10/4/2021** 1:30 AM
Behavioral Health Counselor    Signed
Behavioral Health

Received request for a screen for patient who took apparent OD, denying SI.  Per Dr Yung, patient is to sleepy right now to be seen.

ED on 10/3/2021

## Note Routing History
No routing history on file.

## Clinical Impressions
Primary: **Drug overdose, undetermined intent, initial encounter** T50.904A

## Disposition
**Discharge**
Admitting Physician: HATTEN, BENJAMIN W [2381]
Pathways: Psych
Pathways: Toxicological Exposure/Drug Overdose
ED After Visit Summary (AVS) (Printed 10/4/2021)

## Care Timeline

**10/03**

10/03    Arrived
2257

10/03    Magnesium serum
2301

10/03    Acetaminophen Blood
2301

10/03    Ethanol Blood
2301

10/03    ECG (Electrocardiogram) 12 Lead
2305

10/03    CBC with Auto Differential (Abnormal)
2315

Manning, Renee R (MRN 1091089) DOB: 02/27/1979    Encounter Date: 10/03/2021

10/03 2323  Basic metabolic panel (Abnormal)

10/03 2323  Hepatic function panel (Abnormal)

10/03 2323  Salicylate, blood (aspirin)

10/03 2348  Ringer's solution,lactated 500 mL

**10/04**

10/04 0031  Placed in Observation

10/04 0139  Ringer's solution,lactated 1000 mL

10/04 0153  ECG (Electrocardiogram) 12 Lead

10/04 0157  magnesium sulfate in water 2 g

10/04 1441  Discharged

Manning, Sheila R "Renee" (MRN 1091089) Printed by [134701] at 1/17/2023 12:32 PM